DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>    JANET C. MIGLIORE<br>    2165 PALM AVENUE<br>    SAN MATEO, CA 94403<br><br>    ###-##-4331<br>                      Debtor(s). | Case No.: 09-3-3762 SFC13<br>Chapter 13<br><br>OBJECTION TO CONFIRMATION, WITH A MOTION TO DISMISS, OF THE CHAPTER 13 PLAN, BY DAVID BURCHARD, CHAPTER 13 TRUSTEE AND NOTICE |

**341 MEETING OF CREDITORS:**
Date:    01/21/2010
Time:    11:00 AM
Place:   Office of the United States Trustee
          235 Pine Street, Suite 850
          San Francisco, California

**CONFIRMATION HEARING:**
Date:    02/10/2010
Time:    9:30 AM
Place:   United States Bankruptcy Court
          235 Pine Street 23rd Floor
          San Francisco, California

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee is in receipt of the Form B22C, which provides for an "applicable commitment period of 5 years", while Debtor's plan provides for plan payments over three years. Trustee requests an amended plan, which provides for a five year "commitment period."

2. The Trustee is in receipt of the Form B22C that requires completion of sections IV and V as Debtor's are above the median income. Said sections of the Form B22C have not been completed. Trustee requests an amended B22C be filed.

3. Debtor's B22C line 19 indicates the Debtor is taking a martial adjustment, while line 13 fails to take the marital adjustment. Trustee requests clarification and or the appropriate documents are amended in order that they are accurate and consistent.

4. The Debtor is claiming exemptions under C.C.P. §703 and U.S.C.A. §1056(d). The Debtor may utilize the exemptions under the California Code of Civil Procedure, not under the Federal exemptions. Trustee requests an amended Schedule C.

5. Paragraph 8 of Debtor's plan reflects an estimated percentage of "N/A" to unsecured creditors. Trustee requests an amended plan, which provides a specific percentage rate.

6. Schedule A reflects the value of Debtor's real property located at 20460 Ponderosa Way, Fiddletown, California as $265,425.00. Trustee requests an explanation of how Debtor arrived at this value.

7. Trustee requests Debtor provide appropriate declaration that details Debtors income for the six months prior to the filing of the bankruptcy.

8. Trustee requests a *signed* copy of Debtor's 2008 Federal income Tax Return to be received no later than four business days prior to the date of the first scheduled Meeting of Creditors.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.

Dated: December 17, 2009              DAVID BURCHARD

                                       DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, TINA MITCHELL, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JANET C. MIGLIORE                          MICHAEL G COMFORT
2165 PALM AVENUE                           LAW OFFICES OF MICHAEL G COMFORT
SAN MATEO, CA 94403                        PO BOX 5611
                                           SAN MATEO, CA 94402-0000

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: December 17, 2009                   TINA MITCHELL

                                           TINA MITCHELL